# I IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| HECTOR HERRERA AND MARIA ELISA GONZALEZ, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:15-CV-03021-N |
| v. | § § | |
| ASI LLOYDS AND CARLA GREENE, | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs' file this Notice of Settlement, and respectfully notifies the Court as follows:

1) On December 16, 2015, Plaintiffs' and Defendants entered into an agreement to settle this case.

2) The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

3) The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

Respectfully submitted,

**MOSTYN LAW**

*/s/ René M. Sigman*
René M. Sigman
State Bar No. 24037492
Federal No. 900984
3810 W. Alabama Street
Houston, Texas 77027
(713) 861-6616 (Office)
(713) 861-8084 (Facsimile)

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 16th day of December, 2015, as follows:

                                    */s/ René M. Sigman*
                                    René M. Sigman