THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HECTOR HERRERA and | § | |
| MARIA ELISA GONZALEZ, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-3021 |
| | § | |
| ASI LLOYDS and CARLA GREENE, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Hector Herrera and Maria Elisa Gonzalez ("Plaintiffs") and Defendants ASI Lloyds and Carla Greene ("Defendants") file this Joint Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

1.      Plaintiffs filed their Original Petition against Defendants on August 19, 2015.

2.      Defendants filed their Original Answer and Affirmative Defenses to Plaintiffs' Original Petition on September 15, 2015 and filed their Notice of Removal on September 16, 2015.

3.      Plaintiffs and Defendants have come to an agreement with regard to all claims made or that could have been made in this lawsuit. Therefore, Plaintiffs and Defendants do not wish to pursue this matter any further and the Court's assistance is no longer necessary.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that costs be taxed against the party incurring same.

Respectfully submitted,

**ZELLE LLP**

By:    */s/ Andrew A. Howell*
      Todd M. Tippett
      Texas Bar No. 24046977
      TTippett@zelle.com
      Andrew A. Howell
      Texas Bar No. 24072818
      AHowell@zelle.com

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: (214) 742-3000
Facsimile: (214) 760-8994

**ATTORNEYS FOR DEFENDANTS**

- and –

**MOSTYN LAW**

By:    */s/ René M. Sigman*
      René M. Sigman
      Texas Bar No. 24037492
      rmsdocketfile@mostynlaw.com

3810 W. Alabama Street
Houston, Texas 77027
Telephone: (713) 714-0000
Facsimile: (713) 714-1111

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Joint Motion to Dismiss with Prejudice has been served this 19th day of February 2016, by electronic filing as follows:

René M. Sigman
Texas Bar No. 24037492
rmsdocketfile@mostynlaw.com
MOSTYN LAW
3810 W. Alabama Street
Houston, Texas 77027
(713) 714-0000 – phone
(713) 714-1111 – fax

**ATTORNEY FOR PLAINTIFFS**

_____*/s/ Andrew A. Howell*_____
Andrew A. Howell