THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HECTOR HERRERA and<br>MARIA ELISA GONZALEZ,<br><br>  Plaintiffs,<br><br>v.<br><br>ASI LLOYDS and CARLA GREENE,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 3:15-CV-3021<br>§<br>§<br>§<br>§ |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Hector Herrera and Maria Elisa Gonzalez and Defendants ASI Lloyds and Carla Greene move to dismiss this action with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs and Defendants' Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this 26th day of February 2016.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE